EXHIBIT "A"



364 Avenue of the Americas
New York NY 10011-8402
Tel: 1 888 800 4100

# Confirmation Invoice

## Main Details

| Booking File | Invoice No | Issued | Deposit Date | Balance Due Date | Currency | Balance |
|---|---|---|---|---|---|---|
| 477315 | 1505247 | Sep 06, 2011 | | Sep 06, 2011 | USD | 0.00 |

## Travellers

| Last Name | First Name | Title | Sex |
|---|---|---|---|
| Starkey | Elizabeth | Miss | F |

## Land Services

| Commencing | Ending | Status | Gross |
|---|---|---|---|
| *Hotel - La Cartuja Hotel 2 nights Standard - Single* | | | |
| Oct 20, 2011 | Oct 22, 2011 | Confirmed | 80.00 |
| *Tour - SEGS, Galapagos on a Shoestring 9 days (1 passenger: Elizabeth Starkey)* | | | |
| Quito, La Cartuja Hotel on Oct 22, 2011    Quito, La Cartuja Hotel on Oct 30, 2011 | | Confirmed | 1999.00 |
| **Promotion: 15% off Land Galapagos - Aug 25 Bazaar Direct** | | | -299.85 |

USD 1779.15

## Payment

| Type | Details | Amount |
|---|---|---|
| Credit Card | Credit Card on 2011-09-06 XXXX XXXX XXXX 0242 Elizabeth Starkey | 779.15 |
| Credit Card | Credit Card on 2011-09-06 XXXX XXXX XXXX 9020 Elizabeth Starkey | 1000.00 |

Still Owing                                                                                        0.00
Balance Due Date                                                                           Sep 06, 2011

**Local Payments**
In addition to the balance above, the following amounts are due to be paid in cash to the Gap Adventures Tour

Leader or representative in the designated currency, as detailed in the trip notes. Amounts listed are per person.

| | | |
|---|---|---|
| Galapagos on a Shoestring | Galapagos Park Fee | USD 100.00 |
| Galapagos on a Shoestring | Transit Control Card | USD 10.00 |

Confirmation of your reservation means that you have already read, agreed to and understood the terms and conditions, however, you can access them through the below link if you need to refer to them for any reason: http://www.gapadventures.com/media-server/static/documents/pdf/terms-conditions.pdf

If deposit was paid by credit card you agree the card will be debited for final payment without further approval by balance due date. Should you not agree with the terms and conditions, Gap Adventures must be contacted within 48 hours of processing the deposit and the initial deposit will be refunded and the booking cancelled (administration fees may apply).

Credit Card Charges: The Company is not responsible for any charges applied to credit card transactions and will not refund or return any fees by third parties as incurred during the transaction of the tour cost.

This contract permits price increases (with the exception of insurance premiums and airfares). No price increases are permitted after the amount has been paid in full. If the price increase is more than 10% of the total paid, except increase resulting from an increase in retail sales tax or federal goods and services tax, the customer has the right to cancel the contract and obtain a full refund, within 14 days of notification.

All local payments (if listed above) are per person, and are in addition to the invoiced amount/s and are to be paid in cash, in the specified currency, to the tour leader/representative on day 1 of the tour, unless otherwise specified. This is the final payment of your tour.

Please note that if you booked your tour on or after Oct 1, 2009 local payments have been included in your tour price and so you will not be required to make this payment to the tour leader. (This excludes Galapagos Park fees and other similar local government fees).

Travel insurance is compulsory for all of our travellers and it is your responsibility to ensure that this is taken out. A minimum coverage of US$200,000 per person is mandatory on all of our tours. This insurance must cover personal injury, medical expenses, emergency evacuation and repatriation.

Submission of payments indicates your agreement to the Terms and Conditions and that you consent to the Company using your personal information, in accordance to the Personal Information Protection and Electronic Documents Act (PIPEDA) and for the facilitation of services as requested. A copy of our Company Privacy Policy can be requested via e-mail (privacyofficer@altun.ca) or viewed on our website at www.gapadventures.com

Cancellation/Refund policy
Any cancellation by a client must be made in writing and acknowledged by Gap Adventures. The date on which the request to cancel is received by Gap Adventures will determine the cancellation charge applicable, as below.

Cancellation charges for Gap Adventures Trips:

The Cancellation charges are expressed hereafter as a percentage of the total tour price (excluding Expedition trips and insurance).
A. Cancellation more than 60 days before departure: Loss of deposit.

Confirmation Invoice

B. Cancellation 59-30 days before departure: 50% of tour price.
C. Cancellation less than 30 days before departure: 100% of cost of services booked.

Cancellation charges for Gap Adventures Expedition trips:
A. Cancellation more than 90 days before departure: Loss of deposit
B. Cancellation 89-60 days before departure: 50% of the cost of services booked
C. Cancellation less than 60 days before departure: 100% of the cost of services booked.

100% of charges are applicable for cancellation of air bookings.

In addition to the cancellation fees detailed above, the full insurance premium for any insurance arranged through Gap Adventures is non-refundable.

Documentation
Please ensure you have the correct documentation for travel. Our strong advise is to contact the Embassy(s) of the countries you will be visiting for the latest documentation needs. However, a useful reference tool may be www.visaconnection.com. Please note that entry to another country may be refused even if the required information and travel documents are complete.

Miscellaneous information
Living standards and practices at the destination and standards and conditions there with respect to the provision of utilities, services, and accommodation may differ from those found in Canada.

For a full list of our terms and conditions, please refer to our website www.gapadventures.com

Thank you for booking with Gap Adventures. We wish you a safe and enjoyable trip. If you have any questions, please feel free to contact us.